**[J-50-2026]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: NOMINATION PETITION OF TAIBA SULTANA FOR THE DEMOCRATIC PARTY NOMINATION FOR SENATOR IN THE GENERAL ASSEMBLY FROM THE 18TH LEGISLATIVE DISTRICT IN THE MAY 19, 2026 PRIMARY ELECTION | : : : : : : : : | No. 27 MAP 2026 <br><br> Appeal from the Order of the Commonwealth Court at No. 138 MD 2026 dated April 1, 2026. <br><br> SUBMITTED: April 7, 2026 |
| APPEAL OF: TAIBA SULTANA | : | |

## ORDER

**PER CURIAM**                                      **DECIDED: April 9, 2026**

**AND NOW,** this 9th day of April, 2026, the order of the Commonwealth Court is **AFFIRMED**. Appellant's Application to Stay is dismissed as **MOOT**.

Justice McCaffery did not participate in the consideration or decision of this matter.